```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JUAN NIEVES-ANDINO a/k/a
JUAN ANDINO-NIEVES,
                                         O R D E R
                Petitioner,
                                         08 Civ. 5887 (NRB)
        - against -

JAMES CONWAY, Superintendent,
Attica Correctional Facility,

                Respondent.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Upon reading the petition of Juan Nieves-Andino a/k/a Juan Andino-Nieves, that a writ of habeas corpus be issued to respondent, and the Court in accordance with Rule 4 of the Rules Governing § 2254 (1977), it is hereby

ORDERED, that the Clerk of the Court serve, by certified mail, copies of this Order, the underlying Petition and the Memorandum of Law submitted by petitioner on the District Attorney, Bronx County, and it is further

ORDERED, that respondent shall file a response to the petition on or before August 20, 2008, and petitioner's reply thereto, if any, is due on or before September 22, 2008, and it is further

ORDERED, that respondent shall file with its answer the state court record including, but not limited to, trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions.

**SO ORDERED.**

Dated: New York, New York
July 10, 2008

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE